127 P.3d 83

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Alford v. City and County of Honolulu | 25275 | 11/25/2005 | Denied | 109 Hawai'i 14, 122 P.3d 809 |
| Leslie v. Estate of Tavares; Leslie v. Kanui; Kanui v. Fresch | 24553 | 11/28/2005 | Denied | 109 Hawai'i 8, 122 P.3d 803 |
| State v. Kim | 26546 | 12/05/2005 | Denied | 109 Hawai'i 59, 122 P.3d 1157 |